1  IRELL & MANELLA LLP
   Gary N. Frischling (SBN 130583)
2  (gfrischling@irell.com)
   Keith A. Orso (SBN 217490)
3  (korso@irell.com)
4  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
5  Telephone:  (310) 277-1010
   Facsimile:  (310) 203-7199
6
7  Attorneys for Defendant
   GILEAD SCIENCES, INC.
8

9           **UNITED STATES DISTRICT COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11 | AIDS HEALTHCARE FOUNDATION, ) | CASE NO. 3:16-cv-00443-MEJ
   | INC.,                         )
12 |                               ) | **JOINT STIPULATION**
   |           Plaintiff,          ) | **EXTENDING TIME FOR**
13 |                               ) | **DEFENDANT GILEAD SCIENCES,**
   |       vs.                     ) | **INC. TO RESPOND TO**
14 |                               ) | **COMPLAINT**
15 | GILEAD SCIENCES, INC.; JAPAN   )
   | TOBACCO, INC.; JAPAN TOBACCO  )
16 | INTERNATIONAL U.S.A., INC.; and )
   | EMORY UNIVERSITY,              )
17 |                                )
   |           Defendants.          )
18 |_____)

19
20
21
22
23
24
25
26
27
28

IT IS HEREBY STIPULATED AND AGREED that, pursuant to Civil Local Rule 6-1, Plaintiff AIDS Healthcare Foundation ("AHF") and Defendant Gilead Sciences, Inc. ("Gilead"), through their respective counsel, hereby stipulate and agree that the deadline for Gilead to answer, move, or otherwise respond to the complaint filed by Plaintiff on January 26, 2016 (Dkt. No. 1), is extended to and including March 21, 2016.  The parties believe that this stipulation will not alter the date of any event or any deadline already fixed by Court order.

Respectfully submitted,

Dated:  February 10, 2016

IRELL & MANELLA LLP

*/s/ Gary N. Frischling*
Gary N. Frischling
Keith A. Orso
Attorneys for Defendant
GILEAD SCIENCES, INC.


OLAVI DUNNE LLP

*/s/ Dorian S. Berger*
Dorian S. Berger
Attorneys for Plaintiff
AIDS HEALTHCARE FOUNDATION, INC.

## **ATTESTATION CLAUSE**

I, Gary N. Frischling, am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation Extending Time for Defendant Gilead Sciences, Inc. to Respond to Complaint.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Dorian S. Berger, counsel for Plaintiff AIDS Healthcare Foundation, Inc., has concurred in the filing of this document.

Dated:  February 10, 2016                        */s/ Gary N. Frischling*