Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AIDS Healthcare Foundation, Inc.

Plaintiff(s),

v.

Gilead Sciences, Inc., et al.

Defendant(s).

Case No: 3:16-cv-00443-MEJ

**AMENDED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jeffrey S. Cashdan, an active member in good standing of the bar of U.S. Dist. Ct. N.D. of Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Emory University in the above-entitled action. My local co-counsel in this case is Timothy T. Scott, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1180 Peachtree Street, NE<br>Atlanta, GA 30309-3521 | 601 S. California Avenue, Suite 100<br>Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD:<br>404-572-4600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 422-6700 |
| MY EMAIL ADDRESS OF RECORD:<br>jcashdan@kslaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>tscott@kslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 115775.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 3/1/2016

Jeffrey S. Cashdan
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeffrey S. Cashdan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 1, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE