UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AIDS HEALTHCARE FOUNDATION, INC.,**<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**GILEAD SCIENCES, INC.; JAPAN TOBACCO, INC.; JAPAN TOBACCO INTERNATIONAL U.S.A., INC.; AND EMORY UNIVERSITY**,<br><br>　　　　　Defendants. | Case No. 3:16-cv-00443-WHA<br><br>Before Hon. William Alsup<br><br>[PROPOSED] ORDER ON JOINT STIPULATION TO TAKE THE PARTIES' APRIL 28, 2016, HEARING RE: DEFENDANTS' MOTION TO DISMISS OFF CALENDAR AND CONTINUE CASE MANAGEMENT CONFERENCE, AND NOTICE OF PLAINTIFF'S INTENT TO FILE FIRST AMENDED COMPLAINT |

The Court, having read and considered the Joint Stipulation to Take the Parties' April 28, 2016, Hearing re: Defendants' Motions to Dismiss Off Calendar and Notice of Plaintiff's Intent to File First Amended Complaint, orders as follows:

IT IS HEREBY ORDERED that:

1. The April 28, 2016, hearing regarding Defendants' Motions to Dismiss is hereby taken off calendar.
2. The April 28, 2016 Case Management Conference is continued to June 9, 2016 at 11:00 a.m.
3. Plaintiff shall file its First Amended Complaint on or before April 11, 2016.

**IT IS SO ORDERED.**

Dated: __April 5__, 2016

_____
The Honorable William Alsup
United States District Court Judge