IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> GILEAD SCIENCES, INC., JAPAN TOBACCO INC., JAPAN TOBACCO INTERNATIONAL U.S.A. INC., EMORY UNIVERSITY <br><br> Defendants. | No. C 16-0443 WHA <br><br> **ORDER DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS** |

An order granted the parties' stipulation to vacate the hearing on defendants' motion to dismiss in light of plaintiff's intent to file an amended complaint (Dkt. No. 47). Plaintiff has now filed an amended complaint (Dkt. No. 50). Defendants' motions to dismiss are hereby **DENIED AS MOOT**. This is without prejudice to any Rule 12 motions directed at the amended pleadings.

**IT IS SO ORDERED.**

Dated: April 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE