IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> GILEAD SCIENCES, INC., JAPAN TOBACCO INC., JAPAN TOBACCO INTERNATIONAL U.S.A. INC., EMORY UNIVERSITY, <br><br> Defendants. | No. C 16-0443 WHA <br><br> **ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties have filed a joint stipulation seeking to extend the deadline for defendants to respond to the first amended complaint to May 16, 2016. Any motion to dismiss filed by that deadline would be heard on June 23, 2016. The parties seek to continue the case management conference to one week *after* the hearing on the anticipated motions to dismiss. The parties' request to extend the deadline to respond to **MAY 16** is hereby **GRANTED**. The case management conference is hereby **CONTINUED** to **JUNE 23, 2016 AT 8:00 A.M.**, to be held in conjunction with the hearing on any motions to dismiss. The parties shall file a joint case management statement no later than **SEVEN CALENDAR DAYS** prior to the initial case management conference.

**IT IS SO ORDERED.**

Dated: April 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE