IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GILEAD SCIENCES, INC., JAPAN TOBACCO INC., JAPAN TOBACCO INTERNATIONAL U.S.A. INC., EMORY UNIVERSITY<br><br>Defendants. | No. C 16-0443 WHA<br><br>**REQUEST FOR INFORMATION RE PAGE LENGTH OF MOTIONS TO DISMISS** |

Plaintiff AIDS Healthcare Foundation, Inc., and defendant Gilead Sciences, Inc., have filed a stipulation seeking to enlarge the page limits for Gilead's forthcoming motion to dismiss and AIDS Healthcare's opposition to thirty pages each. By **MAY 11 AT NOON**, the parties shall please state whether the other defendants contemplate filing full-fledged motions to dismiss or if they intend to join in Gilead's motion. The parties shall also please state whether it would be beneficial for AIDS Healthcare to file an omnibus response to all defendants' motions to dismiss, subject to an appropriate page limit.

Dated: May 10, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE