1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6

7                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    AIDS HEALTHCARE FOUNDATION,                          No. C 16-0443 WHA
     INC.,
10

11                  Plaintiff,

12       v.

13   GILEAD SCIENCES, INC., JAPAN                  **ORDER RE PAGE LIMITS**
     TOBACCO INC., JAPAN TOBACCO               **FOR BRIEFS ON MOTIONS**
14   INTERNATIONAL U.S.A. INC., EMORY          **TO DISMISS**
     UNIVERSITY,
15
                    Defendants.
16   _____/

17         The Court has reviewed the parties' submissions regarding enargling the page limits on

18   briefs for the forthcoming motions to dismiss and the possibility of omnibus briefs.

19         The page limits shall be as follows:

20           •    Gilead's motion:  **30 PAGES.**

21           •    Other motions:  **25 PAGES.**

22           •    AIDS Healthcare's omnibus opposition:  **60 PAGES.**

23           •    Gilead's reply:  **18 PAGES.**

24           •    Other replies:  **15 PAGES.**

25         To be clear, defendants may *not* file an omnibus reply.  AIDS Healthcare should be clear

26   which arguments address which defendants, and defendants need only reply to the arguments

27   directed at them.  If the total length of defendants' briefs substantially exceeds the sixty pages

28

claimed in their joint statement, the Court will entertain a request for a further enlargement of AIDS Healthcare's page limit.

**IT IS SO ORDERED.**

Dated:   May 12, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2