IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> GILEAD SCIENCES, INC., JAPAN TOBACCO INC., JAPAN TOBACCO INTERNATIONAL U.S.A. INC., EMORY UNIVERSITY, <br><br> Defendants. | No. C 16-0443 WHA <br><br> **ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY JORDAN ENGELHARDT** |

The *pro hac vice* application of Attorney Jordan Engelhardt (Dkt. No. 71) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of New York" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: May 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE