Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AIDS HEALTHCARE FOUNDATION, INC., )
) Case No: 3:16-cv-00443-WHA
Plaintiff(s), )
)
v. ) **APPLICATION FOR**
GILEAD SCIENCES, INC.; JAPAN TOBACCO, INC.; ) **ADMISSION OF ATTORNEY**
JAPAN TOBACCO INTERNATIONAL U.S.A., INC.; ) **PRO HAC VICE**
AKROS PHARMA, INC.; JANSSEN SCIENCES IRELAND ) (CIVIL LOCAL RULE 11-3)
UC; AND JOHNSON & JOHNSON, INC., )
Defendant(s). )

I, Jordan Engelhardt, an active member in good standing of the bar of NY State Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Johnson & Johnson, Inc., and Janssen Sciences Ireland UC in the above-entitled action. My local co-counsel in this case is David L. Anderson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New Your, NY 10036 | Sidley Austin LLP, 555 California Street, Suite 2000 San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 336-2000 | (415) 772-1200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jengelhardt@pbwt.com | dlanderson@sidley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4794491.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/13/16

Jordan Engelhardt
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jordan Engelhardt is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 16, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE