IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>GILEAD SCIENCES, INC., JAPAN TOBACCO INC., JAPAN TOBACCO INTERNATIONAL U.S.A. INC., EMORY UNIVERSITY,<br><br>        Defendants. | No. C 16-0443 WHA<br><br>**NOTICE RE HEARING ON MOTION TO DISMISS** |

   The parties shall please come prepared to discuss the extent to which plaintiff can pursue its claim for declaratory judgment of patent invalidity through the *inter partes* review procedure at the United States Patent and Trademark Office.

Dated:   June 22, 2016.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE