Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AIDS Healthcare Foundation, Inc.

                Plaintiff(s),

   v.

Gilead Science, Inc., et al.

                Defendant(s).

Case No: 3:16-cv-00443

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Christopher E. Loh, an active member in good standing of the bar of NY State Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Japan Tobacco, Inc. in the above-entitled action. My local co-counsel in this case is Charles L. Coleman III, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Fitzpatrick, Cella, Harper & Scinto<br>1290 Avenue of the Americas, New York, NY 10104-3800 | Holland & Knight<br>50 California Street, 28th Floor, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(212) 218-2206 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 743-6900 |
| MY EMAIL ADDRESS OF RECORD:<br>cloh@fchs.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>charles.coleman@hklaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2995652.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/23/16

                                      Christopher E. Loh
                                      APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christopher E. Loh is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 24, 2016.

                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE