Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDS Healthcare Foundation, Inc. ) | Case No: 3:16-cv-00443-WHA |
| ) | |
| Plaintiff(s), ) | **APPLICATION FOR** |
| ) | **ADMISSION OF ATTORNEY** |
| v. ) | **PRO HAC VICE** |
| Gilead Sciences, Inc., Japan Tobacco, Inc., Janssen ) | **(CIVIL LOCAL RULE 11-3)** |
| Sciences Ireland UC, and Johnson & Johnson, Inc. ) | |
| Defendant(s). ) | |

I, __BRUCE C. HAAS__, an active member in good standing of the bar of __NY State Court of Appeals__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Japan Tobacco, Inc.__ in the above-entitled action. My local co-counsel in this case is __Holland & Knight (Charles Coleman)__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Fitzpatrick, Cella, Harper & Scinto | Holland & Knight |
| 1290 Avenue of the Americas, New York, NY 10104 | 50 California Street, Suite 2800, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 218-2290 | (415) 743-6900 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| BHaas@fchs.com | Charles.Coleman@hklaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __1904515__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/21/16                                                                                       BRUCE C. HAAS
                                                                                                                  APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of __BRUCE C. HAAS__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 1, 2016

UNITED STATES DISTRICT/MAGISTRATE JUDGE