# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION, INC., | CASE NO. 3:16-cv-00443-WHA |
| Plaintiff, | Before Hon. William Alsup |
| vs. | [~~PROPOSED~~] ORDER ENTERING FINAL JUDGMENT |
| GILEAD SCIENCES, INC.; JAPAN TOBACCO, INC.; JANSSEN SCIENCES IRELAND UC; AND JOHNSON & JOHNSON, INC, | |
| Defendants. | |

1  For the reasons stated in the Order Granting Motions To Dismiss (Dkt. No. 108), **FINAL JUDGEMENT IS HEREBY ENTERED** in favor of Defendants Gilead Sciences, Inc.; Japan Tobacco, Inc.; Janssen Sciences Ireland UC; and Johnson & Johnson, Inc. and against Plaintiff AIDS Healthcare Foundation, Inc.

The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

DATE:  July 21, 2016.

_____
Hon. William H. Alsup